UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| and the STATE OF CALIFORNIA | ) | |
| ex rel. RICHARD BOUDREAU and | ) | |
| JANINE BOUDREAU and TIM | ) | |
| HENDRICKS and PAT HENDRICKS, | ) | |
| | ) | |
| Plaintiffs, | ) | No. 08-CV-0416-JD |
| | ) | |
| v. | ) | |
| | ) | |
| CYRUS SORAT, et al. | ) | FILED UNDER SEAL - LEVEL I |
| | ) | |
| Defendants, | ) | |
| | ) | |
| and | ) | |
| | ) | |
| GLOBAL HEALTHCARE RECOVERY | ) | |
| SERVICES, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| CYRUS SORAT, et al. | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

Upon consideration of the United States' unopposed ex parte motion, pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(3), for an extension of time, to and including December 7, 2009, in which to determine whether or not to intervene in the above-captioned action and during which the complaint and other filings shall remain under seal, it is hereby

**ORDERED** that the United States shall have until and including December 7, 2009, to intervene in the above-captioned action or to notify the Court that it declines to do so; and

**FURTHER ORDERED** that the complaint and all other filings shall remain under seal until and including December 7, 2009, upon order of this Court, unless the United States requests that the seal be lifted prior to that date.

/s/ Joseph A. DiClerico, Jr.
UNITED STATES DISTRICT JUDGE

Dated:  June 4, 2009