UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| UNITED STATES OF AMERICA and the STATE OF CALIFORNIA ex rel. RICHARD BOUDREAU and JANINE BOUDREAU and TIM HENDRICKS and PAT HENDRICKS, <br><br>Plaintiffs,<br><br>v.<br><br>CYRUS SORAT, et al.,<br><br>Defendants,<br><br>and<br><br>GLOBAL HEALTHCARE RECOVERY SERVICES, LLC,<br><br>Plaintiff,<br><br>v.<br><br>CYRUS SORAT, et al.,<br><br>Defendants. | No. 08-CV-0416-JD<br><br>FILED UNDER SEAL - LEVEL I |

## ORDER

After hearing on the Notice of Election of the United States and the State of California to Decline Intervention pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(4)(B), and the California False Claims Act, Cal. Gov't Code § 12652(c)(6)(B), respectively, and on the Relator-Plaintiffs' Motion to Further Extend the Seal Order and Enlarge Time to Serve First Amended Complaint, and good cause thus appearing,

IT IS ORDERED that,

1. the Seal Order currently in place in this action shall be and is hereby extended as a Level I Seal up to and including December 31, 2010;

2. the Court's docket and all of the contents of the Court's file in this action, including but not limited to the Complaint, First Amended Complaint, motions to seal, Notice of Election to Decline Intervention, and motions to extend seal order, shall remain sealed until December 31, 2010, or further Order of the Court;

3. the time in which the Relators-Plaintiffs may serve their First Amended Complaint shall be and is hereby enlarged up to and including December 31, 2010;

4. the seal is partially lifted for the limited purpose of permitting the California Attorney General's Office to provide the First Amended Complaint to the California State Compensation Insurance Fund (SCIF) so that SCIF may conduct an investigation of the information contained in the First Amended Complaint. SCIF shall not disseminate the First Amended Complaint or discuss the existence of this sealed proceeding absent further order of the Court;

5. the parties shall serve all pleadings and motions filed in this action, including supporting memoranda, upon the United States (as provided for in 31 U.S.C. § 3730(c)(3)) and the State of California (as provided for in Cal. Gov't Code § 12652(f)(1)). The United States and the State of California may order any deposition transcripts. The United States is entitled to intervene in this action, for good cause, at any time. The State of California may intervene if the interest of the State is not adequately represented by the relators;

6. the parties shall serve all notice of appeal upon the United States and the State of California;

7. all orders of this Court shall be sent to the United States and the State of California; and that

8. should the relators or the defendants propose that this action be dismissed, settled, or otherwise discontinued, the Court will solicit the written consent of the United States and the State of California before ruling or granting its approval.

IT IS SO ORDERED,

This 14th day of July, 2010.

/s/ Joseph A. DiClerico, Jr.
JOSEPH DiCLERICO
United States District Judge

3