UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.*, and THE STATE OF CALIFORNIA *ex rel.*, Richard Boudreau and Janine Boudreau and Tim Hendricks and Pat Hendricks, <br><br>　　　　　Relators-Plaintiffs, <br><br>v. <br><br>CYRUS SORAT, HEALTH CARE PHARMACY an unknown type of business entity, VICIS CAPITAL, LLC, MEDICAL SOLUTIONS MANAGEMENT, INC., DEUTSCHE MEDICAL SERVICES LLC, MDWERKS, INC., TOM VAN AUCKEN, HOWARD KATZ, CHRIS PHILLIPS, LOWELL FISHER, and PHYSICIAN DEFENDANTS 1-208 NAMED ON EXHIBIT A, <br><br>　　　　　Defendants, <br><br>*and* <br><br>GLOBAL HEALTHCARE RECOVERY SERVICES, LLC, <br><br>　　　　　Plaintiff, <br><br>v. <br><br>CYRUS SORAT, DEUTSCHE MEDICAL SERVICES LLC, AND TOM VAN AUCKEN, <br><br>　　　　　Defendants. | CIVIL ACTION NO.  08-cv-0416-JD <br><br><br>FILED IN CAMERA & UNDER SEAL Pursuant to 31 U.S.C. § 3720(b)(2) and Local Rule 83.11 <br><br><br>**DO NOT SERVE OR PLACE ON THE PUBLIC DOCKET** |

## **ORDER**

For substantially the reasons stated in the assented-to motion of the Relators-Plaintiffs to further extend the seal order and enlarge time to serve defendants,

IT IS ORDERED that:

1. the Seal Order currently in place in this action shall be and is hereby extended as a Level I Seal up to and including April 30, 2012;

2. the Court's docket and all of the contents of the Court's file in this action, including but not limited to the Complaint, First Amended Complaint, motions to seal, Notice of Election to Decline Intervention, and motions to extend seal order, shall remain sealed until April 30, 2012 or further Order of the Court;

3. the time in which the Relators-Plaintiffs may serve their First Amended Complaint shall be and is hereby enlarged up to and including April 30, 2012; and

4. in all other respects, this Court's July 13, 2010 Order on procedural matters in this case remains in effect.

IT IS SO ORDERED,

This 1st day of November, 2011. ~~October, 2011.~~

/s/Joseph A. DiClerico, Jr.
JOSEPH DiCLERICO
United States District Judge

DWLIBDB\244129.1  9808/00