UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.*, and THE STATE OF CALIFORNIA *ex rel.*, Richard Boudreau and Janine Boudreau and Tim Hendricks and Pat Hendricks,<br><br>    **Relators-Plaintiffs,**<br><br>v.<br><br>CYRUS SORAT, HEALTH CARE PHARMACY an unknown type of business entity, VICIS CAPITAL, LLC, MEDICAL SOLUTIONS MANAGEMENT, INC., DEUTSCHE MEDICAL SERVICES LLC, MDWERKS, INC., TOM VAN AUCKEN, HOWARD KATZ, CHRIS PHILLIPS, LOWELL FISHER, and PHYSICIAN DEFENDANTS 1-208 NAMED ON EXHIBIT A,<br><br>    **Defendants,**<br><br>*and*<br><br>GLOBAL HEALTHCARE RECOVERY SERVICES, LLC,<br><br>    **Plaintiff,**<br><br>v.<br><br>CYRUS SORAT, DEUTSCHE MEDICAL SERVICES LLC, AND TOM VAN AUCKEN,<br><br>    **Defendants.** | CIVIL ACTION NO.  08-cv-0416-JD<br><br>FILED IN CAMERA & UNDER SEAL Pursuant to 31 U.S.C. § 3720(b)(2) and Local Rule 83.11<br><br>**JUDGE DICLERICO** |

## ORDER

For substantially the reasons stated in the Assented-to Motion of Relators to Partially Unseal Case and Further Enlarge Time to Serve First Amended Complaint Up To And Including October 31, 2012,

IT IS ORDERED that:

1. the Seal Order currently in place in this action shall be and is hereby vacated as to all pleadings and orders other than those pleadings filed by the United States prior to June 7, 2012, and the court docket and the remaining pleadings and orders on file in this case shall be unsealed; and

2. the time in which the Relators-Plaintiffs may serve their First Amended Complaint shall be and is hereby enlarged up to and including October 31, 2012.

SO ORDERED.

This 1st day of May, 2012.

/s/ Joseph A. DiClerico, Jr.
JOSEPH DiCLERICO
United States District Judge

2